PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY  3:11-cv-222-JBA

| United States District Court | District OF CONNECTICUT |
|---|---|
| Name (under which you were convicted): SHAWN L. ROBINSON | Docket or Case No.: |
| Place of Confinement: OUT OF STATE IN RHODE ISLAND ACI | Prisoner No.: 148846 |

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

SHAWN L. ROBINSON   v.   CONN COMMISSIONER OF CORR.

The Attorney General of the State of RICHARD BLUMENTHAL

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   NEW HAVEN SUPERIOR COURT  235 CHURCH STREET, NEW HAVEN

   (b) Criminal docket or case number (if you know): CR6-265359

2. (a) Date of the judgment of conviction (if you know): _____
   (b) Date of sentencing: SEPTEMBER 4, 1987

3. Length of sentence: TEN (10) YEARS

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒  No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: THREE (3) COUNTS OF 1ST DEGREE ROBBERY

6. (a) What was your plea? (Check one)
   (1) Not guilty ☐         (3) Nolo contendere (no contest) ☒
   (2) Guilty ☐             (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
___2/9___ 20 11
Roberta D. Tabora, Clerk
By_____
   Deputy Clerk

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?

Yes ☐   No ☑

9. If you did appeal, answer the following:
   (a) Name of court: _____ NON-APPLICABLE _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:




   (g) Did you seek further review by a higher state court?   Yes ☐   No ☑

       If yes, answer the following:
       (1) Name of court: _____
       (2) Docket or case number (if you know): _____
       (3) Result: _____

       (4) Date of result (if you know): _____
       (5) Citation to the case (if you know): _____
       (6) Grounds raised: _____



   (h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑

       If yes, answer the following:
       (1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: ROCKVILLE SUPERIOR COURT HARTFORD
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: HABEAS CORPUS PETITION
        (5) Grounds raised: INEFFECTIVE ASSISTANCE OF COUNSEL, DENIED CERTIFICATION HEARING AND THE YOUTHFUL OFFENDER'S REHABILITATIVE PROGRAM.

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☑  No ☐
        (7) Result: DENIED
        (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:
        (1) Name of court: NEW HAVEN SUPERIOR COURT
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: MOTION TO WITHDRAW ALFORD PLEA
        (5) Grounds raised: PLEA MADE UNKNOWINGLY AND INVOLUNTARILY TO THE THREAT AND COERCION OF THE CHILD BEING TOLD HE WILL NEVER SEE HIS DEAR BELOVED MOTHER AGAIN.

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☑

(7) Result: _DENIED._____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court: _ROCKVILLE SUPERIOR COURT_

   (2) Docket or case number (if you know): _ROBINSON V. WARDEN #CV10-4003673S_

   (3) Date of filing (if you know): _JULY 28, 2010_

   (4) Nature of the proceeding: _APPLICATION FOR WRIT OF HABEAS CORPUS_

   (5) Grounds raised: _NEWLY DISCOVERED EVIDENCE; STATE'S ATTORNEY FAILED TO DISCLOSE EXCULPATORY EVIDENCE OF POTENTIAL SUSPECT WHO USED PETITIONER'S NAME DURING A CRIMINAL IMPERSONATION IN AN ARREST IN HARTFORD, CONN PRIOR TO THE ROBBERY CHARGE; ACTUAL INNOCENCE; DENIED THE RIGHT TO A CERTIFICATION HEARING AND THE YOUTHFUL OFFENDER'S REHABILITATIVE PROGRAM._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☑

(7) Result: _DENIED TO ISSUE A PETITION FOR WRIT OF HABEAS CORPUS_

(8) Date of result (if you know): _AUGUST 4, 2010_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

   (1) First petition:  Yes ☐  No ☑
   (2) Second petition: Yes ☑  No ☐
   (3) Third petition:  Yes ☑  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _WAS NEVER ADVISED OR INFORMED OF THE RIGHT TO APPEAL._

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: _NEWLY DISCOVERED EXCULPATORY EVIDENCE OF CRIMINAL IMPERSONATION BY A POTENTIAL ROBBERY SUSPECT_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _RECENTLY, PETITIONER DISCOVERED AN UNKNOWN ARREST IN HIS NAME AND POLICE RECORDS THAT SHOWS SOME UNKNOWN CRIMINAL IMPERSONATING HIM AND USING HIS NAME DURING AN ARREST IN HARTFORD, CONNECTICUT PRIOR TO PETITIONER BEING ARRESTED ON OCTOBER 7, 1986 IN NEW HAVEN ON THE ALLEGED ROBBERY CHARGE, BUT THIS EXCULPATORY EVIDENCE WAS NOT DISCLOSED TO PETITIONER BEFORE HE ENTERED THE ALFORD PLEA._

(b) If you did not exhaust your state remedies on Ground One, explain why: _STATE HABEAS COURT IN ROCKVILLE, CONNECTICUT REFUSED TO ISSUE A PETITION FOR WRIT OF HABEAS CORPUS._

(c) Direct Appeal of Ground One:

  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☑

  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _ALFORD PLEA AND DENIED THE RIGHT TO WITHDRAW PLEA._

(d) Post-Conviction Proceedings:

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☑   No ☐

  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: _APPLICATION FOR WRIT OF HABEAS CORPUS_
  Name and location of the court where the motion or petition was filed: _ROCKVILLE SUPERIOR COURT_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

GROUND TWO: _ALFORD PLEA UNKNOWING AND INVOLUNTARY, DUE TO THE CHILD BEING COERCED INTO THINKING HE WOULD NEVER SEE HIS BELOVED MOTHER AGAIN._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _PETITIONER HAS MAINTAINED HIS INNOCENCE FOR TWENTY-FIVE (25) YEARS, AND WAS COERCED AND MANIPULATED INTO NOT GOING TO TRIAL AND PLEADING UNDER THE ALFORD DOCTRINE WITH A PROMISE TO FIND THE REAL ROBBERS AND THE THREAT OF NEVER SEEING HIS_

BELOVED MOTHER AGAIN IF HE GO TO TRIAL. ALSO, PETITIONER WAS GIVEN CANNABIS TO SMOKE BEFORE HE MADE HIS ALFURD PLEA AND WAS UNDER THE INFLUENCE DURING THE PROCEEDINGS.

(b) If you did not exhaust your state remedies on Ground Two, explain why: HABEAS APPELLATE ATTORNEY FOR THE PETITIONER FOR TORPOR REASONS FAILED TO ADDRESS THESE ISSUES ON APPEAL. AND HABEAS TRIAL COUNSEL FAILED TO RAISE THEM DURING THE HABEAS TRIAL.

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: NON-APPLICABLE.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: WRIT OF HABEAS CORPUS

Name and location of the court where the motion or petition was filed: HARTFORD SUPERIOR COURT

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: APPELLATE HABEAS COUNSEL FAILED TO ADDRESS THE ISSUES ON APPEAL.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

GROUND THREE: NEVER CERTIFIED TO STAND TRIAL AS AN ADULT OR OFFERED THE YOUTHFUL OFFENDER'S REHABILITATIVE PROGRAM.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): PETITIONER WAS A MINOR WHEN HE WAS ARRESTED ON OCTOBER 7, 1986 IN NEW HAVEN, CT FOR THE ALLEGED ROBBERY, BUT HE NEVER RECEIVED A CERTIFICATION HEARING TO BE TRIED AS AN ADULT OR AFFORDED THE SAFEGUARDS OF THE YOUTHFUL OFFENDER'S REHABILITATIVE PROGRAM EVEN THOUGH THIS WAS PETITIONER'S FIRST TIME ALLEGED OFFENSE OR FELONY CHARGE.

(b) If you did not exhaust your state remedies on Ground Three, explain why: HABEAS APPELLATE COUNSEL FAILED TO ADDRESS THE ISSUE ON APPEAL

(c) Direct Appeal of Ground Three:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☑
(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☒  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _WRIT OF HABEAS CORPUS_

Name and location of the court where the motion or petition was filed: _HARTFORD SUPERIOR COURT_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?
   Yes ☒  No ☐

(4) Did you appeal from the denial of your motion or petition?
   Yes ☒  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐  No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _HABEAS APPELLATE COUNSEL FAILED TO APPEAL THE ISSUE._

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

GROUND FOUR: *INEFFECTIVE ASSISTANCE OF COUNSEL ON SENTENCE COMPUTATION AND JAIL CREDIT.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *PETITIONER'S COURT APPOINTED COUNSEL FAILED TO OBJECT TO THE MISCALCULATION OR COMPUTATION OF PETITIONER'S JAIL CREDIT AND SENTENCE... BECAUSE STATE ONLY CREDITED HIM 108 DAYS AND HAS HIM SERVING MORE THAN A 120 MONTHS. PETITIONER WAS FORCED TO FILED A WRIT OF HABEAS CORPUS BUT HE STILL DID NOT RECEIVE ALL OF HIS JAIL CREDIT FROM 10-07-86 TO 09-4-87, OR A TOTAL OF 3,360 DAYS FOR THE 120 MONTHS TO SERVE.*

(b) If you did not exhaust your state remedies on Ground Four, explain why: *PETITIONER'S HABEAS CORPUS ATTORNEY WITHDREW HIS PETITION AFTER THE STATE CREDITED HIM SOME MORE JAIL CREDIT.*

(c) Direct Appeal of Ground Four:

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☑
   (2) If you did not raise this issue in your direct appeal, explain why: *ALFORD PLEA*

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☑   No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: *WRIT OF HABEAS CORPUS*
   Name and location of the court where the motion or petition was filed: *HARTFORD*

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?
       Yes ☐   No ☑
   (4) Did you appeal from the denial of your motion or petition?
       Yes ☐   No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐  No ☑

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: COUNSEL ARBITRARILY WITHDREW THE PETITION WITHOUT PETITIONER'S CONSENT OR KNOWLEDGE.

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: FILED SEVERAL DOC ADMINISTRATIVE REMEDIES AND LETTERS TO PRISON OFFICIALS TO CORRECT SENTENCE COMPUTATION AND GIVE PETITIONER ALL OF HIS JAIL CREDIT, INSTEAD DOC OFFICIALS TAKE AND HOLD ALL OF PETITIONER'S JAIL CREDIT AND STATUTORY GOOD TIME!

13. Please answer these additional questions about the petition you are filing:
   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  Yes ☐  No ☑
   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: NEWLY DISCOVERED EVIDENCE; SENTENCE COMPUTATION; CERTIFICATION HEARING AND YOUTHFUL OFFENDER'S REHABILITATIVE PROGRAM BECAUSE THE HABEAS COURT REFUSED TO ISSUE THE WRIT OF HABEAS CORPUS AND COUNSEL ARBITRARILY WITHDREW THE ISSUES OR FAILED TO ADDRESS THEM ON APPEAL.
   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐   No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
    _____
    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: __PETER G. KELLY__

    (b) At arraignment and plea: __PETER G. KELLY__

    (c) At trial: __NON-APPLICABLE.__

    (d) At sentencing: __PETER G. KELLY__

    (e) On appeal: __NON-APPLICABLE.__

    (f) In any post-conviction proceeding: __TEMMY ANN PIESZIK AND RIGOT__

    (g) On appeal from any ruling against you in a post-conviction proceeding: __SARAH SUMMONS__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☑   No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ROCKVILLE SUPERIOR COURT - 45 YEARS: 666 MONTHS AGGREGATED SENTENCE AND MERIDEN SUPERIOR CT 6 MONTHS.

(b) Give the date the other sentence was imposed: JULY 18, 1991

(c) Give the length of the other sentence: FORTY-FIVE YEARS

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☑   No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* THE STATE AND PRISON OFFICIALS HAVE ARBITRARILY AND DELIBERATELY IMPOSED IMPEDIMENTS TO PREVENT THE PETITIONER FROM PURSUING THESE LEGAL ISSUES AND OTHER NON-FRIVOLOUS LEGAL CLAIMS BY DENYING HIM LEGAL ASSISTANCE AND ACCESS TO AN ADEQUATE LAW LIBRARY OR LEGAL MATERIALS... AS WELL AS ACCESS TO CONNECTICUT STATE LAW AND ITS LEGAL MATERIALS.

PRISON OFFICIALS HAVE REPEATEDLY DESTROYED ALL OF PETITIONER'S PERSONAL PROPERTY, INCLUDING ALL OF HIS LEGAL MATERIALS AND PAPERS OVER THE PAST TWENTY (20) SOMETHING YEARS...

THESE STATE-IMPOSED IMPEDIMENTS ARE INTENTIONAL AND MEANT TO PREVENT PETITIONER FROM EFFECTIVELY ADDRESSING HIS LEGAL CLAIMS AND PROVEN HIS INNOCENCE.

PETITIONER HAS BEEN INVOLUNTARY TRANSFERRED ALL OVER THE COUNTRY AND DEPRIVED ACCESS TO HIS PERSONAL LEGAL MATERIALS AND COURT PAPERS.

THE STATE OF CONNECTICUT AND THEIR AGENTS HAVE IMPOSED AND PLACED AN UNDUE BURDEN AND SIGNIFICANT LEGAL HARDSHIP ON PETITIONER'S ACCESS TO THE COURTS WITH THESE OUT-OF-STATE TRANSFERS AND DEPRIVATION OF ADEQUATE LAW LIBRARIES.. AS WELL AS THE THEFT AND VANDALISM OF HIS LEGAL MATERIALS AND PAPERS.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: _VACATE ALFORD PLEA AND SENTENCE OF TEN (10) YEARS._

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _24 JANUARY 2011_ (month, date, year).

Executed (signed) on _24 JANUARY 2011_ (date).

_MR. SHAWN L. ROBINSON_
Signature of Petitioner

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

STATE OF CONNECTICUT
## SUPERIOR COURT

TO CLERK
Prepare in duplicate a separate Mittimus for each file.

TO OFFICER
Original to receiving facility; return copy to court



Date of Offense: 10-6-86

| | |
|---|---|
| DATE OF DISPOSITION | September 4, 1987 |
| DATE SENTENCE TO BEGIN (if different) | |

**Any Proper Officer**

NAME OF DEFENDANT: Shawn Lamel Robinson

NAME AND LOCATION OF RECEIVING FACILITY: [CT] Youth Institute - Cheshire, Ct.

NAME AND LOCATION OF COURT: Superior Ct., JD of New Haven, 235 Church St., N.H.

**CRIME(S) CONVICTED**
- FIRST COUNT-STATUTE NO.: Robb.1st 53a-134(a)(3)
- SECOND COUNT-STATUTE NO.:
- THIRD COUNT-STATUTE NO.: Robb.1st 53a-134(a)(3)

**CRIME(S) CHARGED**
- FOURTH COUNT-STATUTE NO.:
- FIFTH COUNT-STATUTE NO.: Robb.1st 53a-134(a)(3)
- 7: Att.Robb.1st 53a-60(a)

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

COUNTS AND TERMS (If execution of portion of sentence is suspended, show only time to be served)

| First | Second | Third | Fourth | Fifth | 7th | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 15 years | | 15 years | | 15 years | 10 years | |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Counts 1, 3 & 5: suspended after 10 years

Count 7: Suspended after 5 years

All counts to run concurrently

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines and costs now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

COUNTS AND FINES (Show only unpaid portion of fines and costs)

| First | Second | Third | Fourth | Fifth | Sixth | Cost | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

☐ The Defendant is entitled to sentence credit of _____ days.

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

TO BE HELD AT (Name and location of court): ___
☐ J.D. ☐ G.A.
ON (Date):
SURETY BOND AMOUNT:

### ORDER

AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction or the Warden, Superintendent, Administrator at the above facility and said Commissioner and/or Warden, Superintendent, Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged.

[SIGN]ED (Assistant clerk of said court): John A. [signature]

BY ORDER OF THE COURT (Ronan, J.)

DATE SIGNED: September 4, 1987

### ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT

[deli]vered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus [with] him.

Receiving facility time stamp: 9/4/87 6:30 pm

[NAM]E AND LOCATION OF RECEIVING FACILITY: Cheshire

[NAME] OF DELIVERING OFFICER: Sheriff

SIGNATURE OF DELIVERING OFFICER: [signature]

Signature of receiving officer: [signature]

JD-38 REV. 3-82 (Replaces JD-CR-16, 25, 26, JDSR-401, 402, 403, CCP-109)
Stat. 18-23, 18-65, 18-65a, 18-73, 18-82, 54-1b, 54-2a, 54-97, 54-38, 54-92a

STATE OF CONNECTICUT

| | | |
|---|---|---|
| DOCKET NUMBER: CV10-4003673 S | : | SUPERIOR COURT |
| | : | |
| ROBINSON, SHAWN #148846 | : | JUDICIAL DISTRICT OF |
| | : | |
| V. | : | TOLLAND AT ROCKVILLE |
| | : | |
| WARDEN | : | AUGUST 4, 2010 |

*RECEIVED OPEN, 08/06/10, (SR)*

### ORDER

    After a review of the application for a writ of habeas corpus, in accordance with Practice Book § 23-24, the court finds that the petitioner fails to meet the "in custody" requirement. The petitioner here does not suffer a present restraint stemming from the Connecticut conviction. Accordingly, the court declines to issue a petition for a writ of habeas corpus because the court lacks jurisdiction. See *Lebron v. Commissioner of Correction*, 274 Conn. 507, 526, 876 A.2d 1178 (2005) ("history and purpose of the writ of habeas corpus establish that the habeas court lacks the power to act on a habeas petition absent the petitioner's allegedly unlawful custody").

(Judge Stanley T. Fuger, Jr.)

_____
Laura Cummings, Esq.
Temporary Assistant Clerk